**FEREBEE v. HARDISON**

[347 N.C. 346 (1997)]

*Battle, Winslow, Scott & Wiley, P.A., by Samuel S. Woodley, Jr., on behalf of the North Carolina Association of Defense Attorneys, amicus curiae.*

*Bailey & Dixon, L.L.P., by David S. Coats, on behalf of Nationwide Mutual Insurance Company, amicus curiae.*

━━━━━━━━━

SAMUEL FEREBEE v. TAMMY R. HARDISON

No. 288A97

(Filed 7 November 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 126 N.C. App. 230, 484 S.E.2d 857 (1997), affirming in part and reversing in part a judgment entered by Phillips, J., on 28 August 1995, in Superior Court, Craven County and remanding for a new trial on punitive damages. Heard in the Supreme Court 15 October 1997.

*Wilkinson & Rader, P.A., by Steven P. Rader, for plaintiff-appellee.*

*Sumrell, Sugg, Carmichael & Ashton, P.A., by Rudolph A. Ashton, III; and Kellum & Jones, by Norman B. Kellum, Jr., and Douglas M. Jones, for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Lewis, the decision of the Court of Appeals is reversed as it pertains to puni-

**COMMISSIONER OF LABOR v. HOUSE OF RAEFORD FARMS**

[347 N.C. 347 (1997)]

tive damages and the case is remanded to the Court of Appeals for further remand to the Superior Court, Craven County, for reinstatement of the trial court's judgment as to punitive damages.

REVERSED AND REMANDED.